BRIAN J. STRETCH (CABN 163973)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

RANDALL W.C. LEONARD (FLBN 0056205)
Assistant United States Attorney

    450 Golden Gate Ave., 11th Floor
    San Francisco, California 94102
    Telephone: (415) 436-7018
    FAX: (415) 436-7027
    randall.leonard@usdoj.gov

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 17-00021 WHO |
| Plaintiff, | |
| v. | STIPULATION AND [PROPOSED] ORDER TO CONTINUE BAIL REVIEW HEARING |
| ANGELO VICTOR RODRIGUEZ, | |
| Defendant. | |

On June 8, 2017, the Court ordered a Bail Review Hearing in this case after receiving notice from the United States Pretrial Services Officer that the defendant violated the terms of his release. Magistrate Judge Beeler ordered the parties to appear for that hearing on June 14, 2017.

On that date, however, defense counsel will be unavailable, and the parties have conferred and agreed to an alternative date—June 23, 2017—on which both counsel are available. The parties respectfully request that the Court grant a continuance of the Bail Review Hearing until June 23, 2017, at a time convenient for the Court.

CR 17-00021 WHO
STIP & [PROPOSED] ORDER TO CONTINUE     1

SO STIPULATED.

| | |
|---|---|
| _June 8, 2017_<br>Date | _//S//_<br>RANDALL LEONARD<br>Assistant U.S. Attorney |
| _June 8, 2017_<br>Date | _//S//_<br>ELLEN LEONIDA<br>Attorney for Angelo Rodriguez |

IT IS SO ORDERED.

| | |
|---|---|
| _June 13, 2017_<br>Date | Laurel Beeler<br>United States Magistrate Judge |