7·30·18

Honorable William Orrick,

I am the concerned parent of Angelo V. Rodriguez. He was the paraplegic young man that turned himself in on 9·8·17, to the San Francisco Federal Courts.

At his sentencing you reassured Angelo not to worry and promised he would receive the medical health care a paraplegic needs.

It has been 333 days, since Angelo has not received any physical therapy on his legs. The neglect has caused the begining stages of atrophy. Atrophy is not reversable. As Angelo's legs continue to stiffen up the joints will lock his legs to keep his legs in the same position for ever. He is in a lot of pain and suffering.

We are requesting for Angelo to be transfered to a Medical Care level 4 immediately, with your help.

I am not sure if you have been aware and/or following the roller coaster ride, Angelo has endured?

My son is not an animal. He is a human being with special needs. We are very disappointed that his medical needs and safety have been put at risk. Angelo needs to be accessed and in the care of a paraplegic spinal cord specialist.

Federal Public Defenders and the US Marshals Office did not do their due diligence. Angelo has been dumped at 6 different facilities and his health has been neglected in all of those locations.

None of these 6 facilities have shown any compassion, nor taken responsibility to provide the care for a paraplegic's daily medical and physical needs.

Angelo currently resides at FCI Allenwood Medium Correctional Institution. This institution is recognized as a

care level 3 because there is a near by hospital down the road and they administer medications (mostly for diabetics). The locals know, its not a medical facility.

Yes, Angelo needs medications (which have been reduced and given crushed down), but a paraplegic needs so much more to live a daily Healthy life. Angelo is not being provided the care he needs at FCI Allenwood Medium Correctional Insitution care level 3.

I took a trip to FCI Allenwood on 7/13 - 7/15/18. We were very excited to see Angelo and he stayed strong the first day, but it was very noticeable to us that he was in a lot of pain. His legs were continously spaming and shooting off his foot rest. When we tried to lower his leg back we became very alarmed on how hard his leg felt. It took a few minutes before we could put his foot back onto the foot rest. At that moment we knew why he was sweating profusely. Atrophy has set in.

Angelo's pain is beyond bearable. What he truly needs at this moment is physical therapy.

The therapist at FCI Allenwood give written excerise directions for Angelo to do on his own. He could never reach the joints, without therapy range of motion daily. Their website say possible out patient medical care, but it is not true.

Angelo goes 15 hrs daily in his wheelchair. It would be scary to see how FCI Allenwood cares for bed sores. Sores require extensive care.

The treatment and neglect for a disable paraplegic in the prison system is unjust and inhumane.

There is so much detail information, I did not include. I do not want to show how angry and Frustrated I feel. I want to stay positive and pray Angelo get transfered to a

Care level 4.

See below the needs of a paraplegic:

1. Needs daily physical therapy (to prevent atrophy)
2. Needs medical Equipment (recumbent bike, standup machine)
3. Needs medical bed, Sand mattress (to prevent sores)
4. Needs Occupational therapy
5. Needs help bathing after bowl movement accidents
6. Needs a Shower & toilet commode (prevent falls / safety)
7. Needs help Showering
8. Needs help clipping his toe nails.
9. Needs daily Suppositories
10. Should not be in his wheelchair for long periods
11. Needs Mental health Services (PTSD)
12. Needs Dental work (request go unanswered)

Angelo is not asking to be set free, he is merely asking for medical care. It is very apparent that FCI Allenwood doesnot provide Angelo with what he needs. The other 6 facilities prior, also said they could care for him too. Angelo has fallen through the cracks, once again.

No one cares enough to get him physical therapy, no one takes responsibility to provide a paraplegic with the tools needed to live a daily healthy life and no one has shown compassion for a human being in pain.

Everyone seems to be taking it personal. Is Angelo's broken body bring in a credit to the facility? It will cost more to care for him, yet they do not supply him with the medical care he needs. So why keep him. He is suffering.

Angelo is worried. His health is deteriorating. ==He also has requested for a dentist several times and his request go unanswered.==

Why was Angelo moved more than 500 miles from home? No one has ever been able to give Angelo or his family a sound answer.

Our family has reached out to many different advocates, agencys, etc... to merely request for Angelo to receive the care he needs and it's such a problem. The only alternative left is the media and file a lawsuit.

I am praying that you can help Angelo. Can you please look into FCC Butner and/or FMC Devens. Both these facilities are care level 4.

Our family needs Angelo to come home healthy. His son needs him. Angelo needs to break the cycle and be a father to his son.

I have faith that you will honor you promise.

Thank you and Sincerely,

S. Telayn

Suzanne M. Zelaya
SQZJEM@yahoo.com
94 Danton Street
San Francisco CA 94112
415 3378766


c/o Angelo V. Rodriguez - 24098111
FCI Allenwood Correctional Institution Medium
RT 15, 2 mi N. of Allenwood
White Deer, PA 17810
570.547.7950

